PROSKAUER ROSE LLP
Lloyd B. Chinn (LBC-7953)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendants*

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
FRANCOIS MARLAND              :
                              :    08 Civ. 3751 (LAK) (DCF)
              Plaintiff,      :    **ECF CASE**
                              :
    against                   :
                              :    **ORDER OF ADMISSION PRO**
MATTHEW HEYSEL, and           :    **HAC VICE**
BIG SKY ENERGY CORPORATION,   :
              Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the declarations of Lloyd B. Chinn, Esq., Matthew N. Evans, Esq., and Justin T. Toth, Esq. and the exhibit attached thereto, in support of the within application for admission *pro hac vice* pursuant to Local Civil Rule 1.3(c), it is hereby

**ORDERED** that Defendants' Motion for Leave to Appear *pro hac vice* is granted, and it is further

**ORDERED** that Matthew N. Evans, Esq. and Justin T. Toth, Esq. may enter an appearance, sign pleadings, papers and stipulations, conduct discovery and otherwise argue or try this case in whole or in part in all respects as counsel of record for defendants in this action.

Dated: New York, New York
       June __, 2008

SO ORDERED:

_____
Hon. ~~Lewis A. Kaplan~~ Sidney H. Stein
United States District Court Judge

Part I