Received Fax :      Jul 02 2008 3:27PM      Fax Station :    Hayes & Hardy

JUL 02 2008 16:12 FR PROSKAUER ROSE LLP 192 969 2935 TO *4398*93504001*7 P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANÇOIS MARLAND,

          Plaintiff,

– against –

MATTHEW HEYSEL, and
BIG SKY ENERGY CORPORATION,

          Defendants.

Case No. 08 CIV 3751
(LAK)(DCF)

STIPULATION AND
PROPOSED ORDER

---

IT IS HEREBY STIPULATED AND AGREED by and between counsel to the parties in the above titled action, that within which Plaintiff François Marland must serve reply papers to Defendants' Notice of Motion to Dismiss, is extended to and including July 9th, 2008, and that Defendants shall serve any reply papers by July 17th, 2008.

Dated:    New York, New York
          July 2, 2008

| HAYES & MALONEY LLP | PROSKAUER ROSE LLP |
|---|---|
| *[signature]* | *[signature]* |
| Shawn L. Tabankin (ST-2289) | |
| Andrew W. Hayes (AH-2570) | Lloyd B. Chinn (LBC-7973) |
| 1 Rockefeller Plaza, Suite 1005 | 1585 Broadway |
| New York, N.Y. 10020 | New York, NY 10036-8299 |
| 212-554-3120 | (212) 969-3000 |
| Attorneys for Plaintiff | Attorneys for Defendants |

[Order on Following Page]

**SO ORDERED** this day of ____ day of _____, 2008.

_____
THE HON. LEWIS A. KAPLAN