Received Fax :      Jul 02 2008 3:27PM     Fax Station :   Hayes & Hardy LLP          P. 2

JUL 02 2008 16:12 FR PROSKAUER ROSE LLP 192 969 2935 TO *4398*93504001*7 P.02

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANÇOIS MARLAND,

        Plaintiff,

– against –

MATTHEW HEYSEL, and
BIG SKY ENERGY CORPORATION,

        Defendants.

Case No. 08 CIV 3751
(LAK)(DCF)

STIPULATION AND
PROPOSED ORDER

---

IT IS HEREBY STIPULATED AND AGREED by and between counsel to the parties in the above titled action, that within which Plaintiff François Marland must serve reply papers to Defendants' Notice of Motion to Dismiss, is extended to and including July 9th, 2008, and that Defendants shall serve any reply papers by July 17th, 2008.

Dated:    New York, New York
           July 2, 2008

HAYES & MALONEY LLP

_/s/_

Shawn L. Tabankin (ST-2289)
Andrew W. Hayes (AH-2570)
1 Rockefeller Plaza, Suite 1005
New York, N.Y. 10020
212-554-3120

Attorneys for Plaintiff

PROSKAUER ROSE LLP

_/s/_

Lloyd B. Chinn (LBC-7973)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

Attorneys for Defendants

[Order on Following Page]

_/s/_
LEWIS A. KAPLAN / USDJ
7/9/08