PROSKAUER ROSE LLP
Lloyd B. Chinn (LBC-7953)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendants*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
FRANCOIS MARLAND

               Plaintiff,

against

MATTHEW HEYSEL, and
BIG SKY ENERGY CORPORATION,
               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 3751 (LAK) (DCF)
**ECF CASE**

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the parties in the above-captioned action, that the time within which Defendants Matthew Heysel and Big Sky Energy Corporation ("Defendants") must answer, move against, or otherwise respond to the Amended Complaint, is extended to and including September 3, 2008.

Dated: New York, New York
      August 15, 2008

HAYES & MALONEY LLP

_____
Andrew W. Hayes (AH-2570)
Matthew Friedman (CMF-5819)
1 Rockefeller Plaza, Suite 1005
New York, NY 10020
Phone: (212) 554-3120
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

_____
Lloyd B. Chinn (LBC-7953)
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000


RAY QUINNEY & NEBEKER P.C.

Justin T. Toth, Esq.
Matthew N. Evans, Esq.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Phone: (801) 323-3343
*Attorneys for Defendants*



SO ORDERED this 19 day of Aug, 2008

_____
THE ~~HON. LEWIS A. KAPLAN~~ USDJ
Paul A. Crotty.
Part I