UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

FRANÇOIS MARLAND                         :

               Plaintiff,    :
                                         08 Civ. 3751 (LAK) (DCF)
   against                               :   **ECF CASE**

MATTHEW HEYSEL, and                      :   **NOTICE OF MOTION**
BIG SKY ENERGY CORPORATION,                  **TO DISMISS**
                                          :

              Defendants.
------------------------------ x

TO:  Andrew Hayes, Esq.
      Hayes & Maloney LLP
      1 Rockefeller Plaza, Suite 1005
      New York, NY 10020
      *Counsel for Plaintiff-François Marland*

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss and the attached Declaration of Matthew Heysel, Defendants will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, 500 Pearl Street, New York, New York, for an order dismissing Plaintiff François Marland's Amended Complaint, with prejudice, pursuant to Rule 12(b)(1) and Rule 12(b)(2) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), any opposing papers shall be served by September 15, 2008, and any reply papers shall be served by September 25, 2008.

Dated: New York, New York
       August 28, 2008

Respectfully submitted,

PROSKAUER ROSE LLP

By: *Lloyd B. Chinn /GS*
    Lloyd B. Chinn
1585 Broadway Ave.
New York, New York 10036
Phone: (212) 969-3000
Fax:   (212) 969-2900
Attorneys for Defendants Matthew Heysel, and Big Sky Energy Corporation