PROSKAUER ROSE LLP
Lloyd B. Chinn (LBC-7953)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
FRANCOIS MARLAND         :
                         :    08 Civ. 3751 (LAK) (DCF)
            Plaintiff,   :    **ECF CASE**
                         :
   against               :
                         :    **DECLARATION OF**
MATTHEW HEYSEL, and      :    **MATTHEW HEYSEL**
BIG SKY ENERGY CORPORATION, :
            Defendants.  :
------------------------------------------------X

I, Matthew Heysel, hereby declare as follows:

1. I submit this Declaration in support of the Motion to Dismiss for Lack of Personal Jurisdiction.

2. I am a Canadian citizen who resides in Dubai, United Arab Emirates.

3. I have never been a U.S. citizen.

4. During 2006, and at all times relevant to this Complaint, I have resided in Dubai, United Arab Emirates.

5. I have never resided in the United States of America, or any of its territories of possessions.

I hereby certify under penalty of perjury, that the foregoing statements made by me are true and correct.

_____
Matthew Heysel, P.Eng.

Case 1:08-cv-03751-LAK    Document 23    Filed 08/28/2008    Page 2 of 2